# Exhibit 12

| Avision Scanners  (See product list at end of chart for models) Infringement of the '528 patent ||
|---|---|
| Claim 1 | Evidence & Specification Support |
| 1. A method of reporting an end of a scanning session to a user, comprising the steps of: | The Avision scanner performs a method of reporting an end of a scanning session to a user.<br><br>For example, the scan-to-destination feature scans and sends images to e-mail, printer, or clouds servers such as Google Drive™, or Evernote® [1] |
| selecting a peripheral device capable of reporting the end of a scanning session to the user; and | The Avision scanner selects a peripheral device capable of reporting the end of a scanning session to the user.<br><br>For example, when performing the scan-to-destination feature such as e-mail, Google Drive or Microsoft SharePoint, the scanner selects a connected peripheral computer to send the scan report and scan to the predefined destination.<br><br>● Scans and sends the image to a predefined destination including e-mail, Google Drive or Microsoft SharePoint with a single press<br><br>[2]<br><br>**Specification Support**<br>According to the patent description:<br>"The peripheral devices for reporting the end of a scanning session to a user can be a sound card capable of emitting a sound, the loudspeaker inside a computer system, <u>a network card inside a computer system capable of sending electronic mail to a user's mailbox</u>, or a data recorder capable of dialing a user's telephone number, pager number or mobile telephone number." (Underlining added) |
| notifying the user through the selected | The Avision scanner notifies the user through the selected peripheral device after a series of |

| peripheral device after a series of scanning tasks has ended. | scanning tasks has ended. For example, when the predefined destination is e-mail, the scanner notifies the user to which the e-mail account belongs by sending the scanned image to that e-mail account. The scanner does this by using its USB or network interface connection (depending on the scanner model) to communicate with the peripheral computer system. The e-mail is itself a notification to the user that the scan task has ended. |
|---|---|

## Product List

**Flatbed Scanners:**
IDA6, FB2280E, FB5000, FB5000X, FB6280E

**Multi-function Peripherals:**
AM30A, AM30

**Network Scanners:**
AN360W, AN230W, AN240W, SC8800

**Portable/Handheld Scanners:**
AV110

**Document Scanners:**
PaperAir 1000N, PaperAir 215, PaperAir 215L, PaperAir 10
AV332, AD335, AD335F, AD345, AD345F, AD345FN, AD345FWN, AD370F, AD370, AD8120P, AD8100, AD8120, AD8120+, AD8120U, AD8120UN, AD6090, AD6090N, AD240+, AD225WN, AD240U+, AD215, AD215L, AD230, AD240, AD230U, AD240U, AD250, AD250F, AD260, AD280, AD280F, AD120X, AD120P, AD120S, AD120, AD130, AD7080, AD125, AV5400, AD125S, AV320E2+, AV176U, AV240S, AD260F, AV175+, AV1760

# References

[1] Avision IDA6 – An ID Card Scanner
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121447&cat=9

[2] Avision IDA6 Flatbed Scanner - Brochure

https://www.avision.com/download/Brochure/Flatbed/IDA6/IDA6_ENG_DM_262-0194-0_20201012.pdf

[3] Avision FB2280E
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121299&cat=9

[4] FB5000
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121303&cat=9

[5] FB5000X
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121476&cat=9

[6] FB6280E
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121298&cat=9

[7] AM30A series
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121369&cat=9

[8] AM30 series
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121415&cat=9

[9] AN360W series
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121451&cat=9

[10] AN230W
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121382&cat=9

[11] AN240W
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121385&cat=9

[12] SC8800
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121337&cat=9

[13] AV110
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121391&cat=9

[14] PaperAir 1000N
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121428&cat=9

[15] PaperAir 215
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121429&cat=9

[16] PaperAir 215L
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121430&cat=9

[17] PaperAir 10
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121432&cat=9

[18] AV332 series
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121473&cat=9

[19] AD335 series
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121472&cat=9

[20] AD335F series
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121479&cat=9

[21] AD345 series
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121450&cat=9

[22] AD345F
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121446&cat=9

[23] AD345FN

https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121456&cat=9

[24] AD345FWN
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121459&cat=9

[25] AD370F series
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121454&cat=9

[26] AD370 series
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121470&cat=9

[27] AD8120P
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121445&cat=9

[28] AD8100
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121442&cat=9

[29] AD8120
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121436&cat=9

[30] AD8120+
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121480&cat=9

[31] AD8120U
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121457&cat=9

[32] AD8120UN
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121475&cat=9

[33] AD6090
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121461&cat=9

[34] AD6090N
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121484&cat=9

[35] AD240+
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121448&cat=9

[36] AD225WN
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121460&cat=9

[37] AD240U+
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121449&cat=9

[38] AD215 series
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121390&cat=9

[39] AD215L
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121439&cat=9

[40] AD230
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121358&cat=9

[41] AD240
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121350&cat=9

[42] AD230U
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121423&cat=9

[43] AD240U
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121418&cat=9

[44] AD250
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121374&cat=9

[45] AD250F
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121375&cat=9

[46] AD260

https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121351&cat=9

[47] AD280
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121352&cat=9

[48] AD280F
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121376&cat=9

[49] AD120X
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121474&cat=9

[50] AD120P
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121469&cat=9

[51] AD120S
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121425&cat=9

[52] AD120
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121435&cat=9

[53] AD130
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121424&cat=9

[54] AD7080
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121427&cat=9

[55] AD125
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121359&cat=9

[56] AV5400
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121346&cat=9

[57] AD125S
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121380&cat=9

[58] AV320E2+
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121330&cat=9

[59] AV176U
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121335&cat=9

[60] AD240S
https://www.avision.com/motion.asp

[61] AD260F
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121394&cat=9

[62] AV175+
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121331&cat=9

[63] AV1760
https://www.avision.com/motion.asp?siteid=100407&lgid=2&menuid=10075&prodid=121327&cat=9